**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

PATRICK W. DOHERTY. ,

                   Plaintiff,

     - against -

CITIBANK (SOUTH DAKOTA) N.A.,

                   Defendant.

-------------------------------------------------------------X

**JUDGMENT**

CV-04-5578 (ADS)

     An Order of Honorable Arthur D. Spatt, United States District Judge, having been filed on June 29, 2005, denying plaintiff's motion to remand this action to the District Court, County of Suffolk and granting defendant's motion pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss for failure to state a claim, it is

     **ORDERED AND ADJUDGED** that plaintiff take nothing of defendant; and that plaintiff's complaint is hereby dismissed.


Dated: Central Islip, New York
          June 30, 2005

                                                        ROBERT C. HEINEMANN
                                                      CLERK OF THE COURT

                                  BY:    /S/ LORRAINE SAPIENZA
                                                           DEPUTY CLERK